IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UMD AUTOMATED SYSTEMS, INC., | CASE NO. 5:23-cv-264-JRA |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| v. | |
| MK METAL PRODUCTS ENTERPRISES, INC., | |
| Defendant. | |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DISMISSAL

Plaintiff UMD Automated Systems, Inc. ("UMD") and Defendant MK Metal Products Enterprises, Inc. ("MK") (collectively, the "Parties") have agreed to a settlement for all claims at issue in this case. Upon the terms of the settlement agreement, the Parties hereby request that the Court enter the attached Consent Judgment against MK with a finding of patent infringement, a permanent injunction against such future patent infringement and a dismissal of this case *with prejudice*. The Proposed Judgment Entry is herein attached as Exhibit A.

Dated: July 19, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ John M. Skeriotis* | */s/ Brian K. Brookey* |
| John M. Skeriotis (Ohio Bar # 0069263) | Brian. K. Brookey (admitted *pro hac vice*) |
| Emerson Thomson Bennett | Tucker Ellis LLP |
| jms@etblaw.com | brian.brookey@tuckerellis.com |
| 1914 Akron-Peninsula Rd. | 1399 New York Ave. NW |
| Akron, Ohio 44313 | Suite 350 |
| (330) 434-9999 – Telephone | Washington, DC 20005 |
| (330) 434-8888 – Facsimile | (202) 505-6473 – Telephone |
| *Attorney for Plaintiff UMD Automated Systems, Inc.* | (202) 505-6410 – Facsimile |
| | *Attorney for Defendant MK Metal Products Enterprises, Inc.* |