IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UMD AUTOMATED SYSTEMS, INC., | CASE NO. 5:23-cv-264-JRA |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| v. | |
| MK METAL PRODUCTS ENTERPRISES, INC., | JUDGMENT ENTRY |
| Defendant. | |

Plaintiff UMD Automated Systems, Inc. and Defendant MK Metal Products Enterprises, Inc. (collectively, the "Parties") have entered into a Settlement Agreement that resolves all claims at issue in this case. The Parties hereto agree to the following and the Court enters Judgment as follows:

1. Defendant MK Metal Products Enterprises, Inc. has admitted infringement of Plaintiff UMD Automated Systems, Inc.'s U.S. Patent No. 8,104,606 and U.S. Patent No. 9,051,129, and therefore, this Court enters judgment that Defendant MK Metal Products Enterprises, Inc. has infringed U.S. Patent No. 8,104,606 and U.S. Patent No. 9,051,129.

2. In accordance with ¶1 and 35 U.S.C. § 283, Defendant MK Metal Products Enterprises, Inc. is hereby permanently restrained and enjoined from making, using, selling, offering for sale and/or importing into the United States any device that infringes U.S. Patent No. 8,104,606 or U.S. Patent No. 9,051,129, and from inducing another party in doing so, except to the extent that such a device has been sold and installed prior to the date this Judgment is entered.

3. Each party shall bear its own costs and attorney's fees.

4. This Court shall retain jurisdiction over any disputes arising under the Settlement Agreement.

5. This case is hereby dismissed with prejudice.

IT IS SO ORDERED.

  8/1/2024                                                                                /s/ John R. Adams
Date                                                                               JUDGE JOHN R. ADAMS
                                                                                    UNITED STATES DISTRICT JUDGE

6494044.1